# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JELANI GARDNER, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SAGE RIDGE SCHOOL,<br><br>　　　　　　　　　Defendant. | 3:24-cv-00403-ART-CSD<br><br>**ORDER** |

With good cause appearing, the Honorable Magistrate Judge Craig S. Denney recuses himself in this action.

**IT IS HEREBY ORDERED** that the Clerk shall draw another Magistrate Judge to be assigned to this case.

DATED: September 11, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

1