1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JELANI GARDNER, an individual, JELANI GARDNER as Guardian of minor child J. DOE, on his behalf,<br><br>           Plaintiffs,<br><br>vs.<br><br>SAGE RIDGE SCHOOL, a domestic nonprofit corporation, DOES I-XX and ROE entities I-XX.<br><br>           Defendants. | Case No.: 3:24-cv-00403-ART-CLB<br><br>**ORDER GRANTING**<br><br>**AMENDED STIPULATION REGARDING BRIEFING SCHEDULE** |

1

Pursuant to LR IA 6-1, the parties hereby stipulate to extend the briefing schedule for Defendant's Motion to Dismiss (ECF No. 9).  This is the first stipulation to extend time as to the Motion to Dismiss briefing schedule.  The stipulated briefing schedule is as follows:

1. That the date for responding to Defendant's Motion to Dismiss shall be extended by seven days to October 31, 2024.
2. That Defendant's Reply to the Motion to Dismiss shall be filed no later than November 14, 2024.

Dated this 28th day of October, 2024.

| **PARSONS BEHLE & LATIMER** | **CHATTAH LAW GROUP** |
|---|---|
| /s/John A.Snow<br>JOHN A. SNOW, ESQ.<br>C. MICHAEL JUDD (*Pro Hac Vice* Admission Pending)<br>ELENA T. VETTER (*Pro Hac Vice* Admission Pending)<br>50 W. Liberty Street, Ste 750<br>Reno, Nevada 89501<br>(801) 532-1234<br>*Attorneys for Defendant* | /s/Sigal Chattah<br>SIGAL CHATTAH, ESQ.<br>5875 South Rainbow Blvd. #205<br>Las Vegas NV 89118<br>(702) 360-6200<br>*Attorney for Plaintiffs* |
| **JOEY GILBERT LAW** | **JEPSEN LAW, PLLC** |
| /s/Joseph S. Gilbert<br>JOSEPH S. GILBERT, ESQ.<br>405 Marsh Avenue<br>Reno, Nevada 89501<br>(775) 284-4400<br>*Attorney for Plaintiffs* | /s/Kendra Jepsen<br>KENDRA JEPSEN, ESQ.<br>405 Marsh Avenue<br>Reno, Nevada 89501<br>(775) 376-7070<br>*Attorney for Plaintiffs* |

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: October 29, 2024