SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #203
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Chattahlaw@gmail.com
*Co-Counsel for Plaintiffs*

JOSEPH S. GILBERT, ESQ.
Nevada State Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 284-7700
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
*Co-Counsel for Plaintiffs*

KENDRA J. JEPSEN, Esq.
Nevada State Bar No. 14065
JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, Nevada 89509
(775) 376-7070
Kendra@JepsenLawNV.com
*Co-Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JELANI GARDNER, an individual, JELANI GARDNER as Guardian of minor child J. DOE, on his behalf,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAGE RIDGE SCHOOL, a domestic nonprofit corporation, DOES I-XX and ROE entities I-XX.<br><br>    Defendants. | Case No.: 3:24-cv-00403-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO AMEND COMPLAINT**<br><br>**(First Request)** |

1

The parties Jelani Gardner and Sage Ridge School, by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Plaintiff to file his amended complaint, as follows:

1.    That the date currently scheduled for Plaintiff to amend his complaint shall be extended fourteen (14) days, from Thursday, March 6, 2025 to Thursday, March 20, 2025.

2.    That the parties agree to the extension to permit Plaintiff time to amend his Complaint due to work-related scheduling conflicts for Plaintiff's counsel, including a pre-scheduled continuing legal education conference and two full-day mediations.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3.      This is the first request to extend the deadline set to amend the complaint and is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 5th day of March, 2025.

**PARSONS BEHLE & LATIMER**                    **CHATTAH LAW GROUP**


 _/s/John Snow_____                   __/s/Sigal Chattah_____
JOHN A. SNOW, ESQ.                             SIGAL CHATTAH, ESQ.
C. MICHAEL JUDD (*Pro Hac Vice* Admission Pending)   5875 South Rainbow Blvd. #205
ELENA T. VETTER (*Pro Hac Vice* Admission Pending)   Las Vegas NV 89118
50 W. Liberty Street, Ste 750                  (702) 360-6200
Reno, Nevada 89501                             *Attorney for Plaintiffs*
(801) 532-1234
*Attorneys for Defendant*

**JOEY GILBERT LAW**                           **JEPSEN LAW, PLLC**


 _/s/Joseph S. Gilbert_____                   __/s/Kendra Jepsen_____
JOSEPH S. GILBERT, ESQ.                        KENDRA JEPSEN, ESQ.
405 Marsh Avenue                               405 Marsh Avenue
Reno, Nevada 89501                             Reno, Nevada 89501
(775) 284-4400                                 (775) 376-7070
*Attorney for Plaintiffs*                        *Attorney for Plaintiffs*


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 5, 2025_____

3

1

## **CERTIFICATE OF SERVICE**

2

       Pursuant to FRCP 5(b), I certify that I am an employee of JEPSEN LAW, PLLC, that I

3

am over the age of 18 and not a party to the above-referenced matter, and that on the date below I filed and served  a true and correct copy of the foregoing by:

4

5

     ■   **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

6

7

         John A. Snow, Esq.
         Parsons Behle & Latimer

8

         201 S. Main Street, Suite 1800
         Salt Lake City, UT 84111

9

         jsnow@parsonsbehle.com

10

11

     ☐   **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the Document listed above via _____to the persons at the addresses set forth below:

12

13

14

     ☐   **BY MAIL**: by placing the Document listed above in a sealed envelope with

15

postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below.  I am readily familiar with my office's practice of

16

collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on _____ with postage thereon

17

fully prepaid in the ordinary course of business.

18

19

DATED this 5th day of March, 2025.

20

21

              _____
                 */s/ Morgan Strauser*

22

                Employee of Jepsen Law, PLLC

23

24

25

26

27

28