JOSEPH S. GILBERT, ESQ.
Nevada State Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 284-7700
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
*Co-Counsel for Plaintiffs*

KENDRA J. JEPSEN, Esq.
Nevada State Bar No. 14065
JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, Nevada 89509
(775) 376-7070
Kendra@JepsenLawNV.com
*Co-Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JELANI GARDNER, an individual, JELANI GARDNER as Guardian of minor child J. DOE, on his behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>SAGE RIDGE SCHOOL, a domestic nonprofit corporation, DOES I-XX and ROE entities I-XX.<br><br>Defendants. | Case No.: 3:24-cv-00403-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, the parties hereby stipulate to extend the briefing schedule for Defendant's Renewed Motion to Dismiss (ECF No. 29). This is the first stipulation to extend time as to the Renewed Motion to Dismiss briefing schedule. The stipulated briefing schedule is as follows:

1

1. That the date for responding to Defendant's Motion to Dismiss Amended Complaint (ECF No. 29) shall be extended by fourteen days to May 1, 2025.

2. That Defendant's Reply to the Renewed Motion to Dismiss shall be filed no later than May 8, 2025.

The extension is made in good faith and not designed for purposes of delay.

Dated this 17th day of April, 2025.

**PARSONS BEHLE & LATIMER**

/s/John Snow
JOHN A. SNOW, ESQ.
C. MICHAEL JUDD (*Pro Hac Vice* Admission Pending)
ELENA T. VETTER (*Pro Hac Vice* Admission Pending)
50 W. Liberty Street, Ste 750
Reno, Nevada 89501
(801) 532-1234
*Attorneys for Defendant*

**JOEY GILBERT LAW**

/s/Joseph S. Gilbert
JOSEPH S. GILBERT, ESQ.
405 Marsh Avenue
Reno, Nevada 89501
(775) 284-4400
*Attorney for Plaintiffs*

**JEPSEN LAW, PLLC**

/s/Kendra Jepsen
KENDRA JEPSEN, ESQ.
405 Marsh Avenue
Reno, Nevada 89501
(775) 376-7070
*Attorney for Plaintiffs*

IT IS SO ORDERED.

DATED: April 17, 2025

UNITED STATES MAGISTRATE JUDGE