```
John A. Snow (NSBN 4133)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111

50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  801.532.1234
Facsimile:  801.536.6111
jsnow@parsonsbehle.com

C. Michael Judd (*Pro Hac Vice*)
Elena T. Vetter (*Pro Hac Vice*)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
mjudd@parsonsbehle.com
evetter@parsonsbehle.com
```

*Attorneys for Defendant Sage Ridge School*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **JELANI GARDNER**, an Individual, **JELANI GARDNER**, as Guardian of Minor Child J. DOE, on His Behalf,<br><br>            Plaintiff,<br><br>    vs.<br><br>**SAGE RIDGE SCHOOL**, a Domestic Nonprofit Corporation, DOES I-XX and ROE Entities I-XX,<br><br>            Defendants. | Case No. 3:24-cv-00403-CLB<br><br>**<u>ORDER GRANTING STIPULATION REGARDING EXTENSION FOR DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>** |

Pursuant to LR IA 6-1, the parties hereby stipulate to extend the time proscribed for Defendant Sage Ridge School ("Sage Ridge") to answer or otherwise respond to Plaintiff's Amended Complaint. This is the first stipulation to extend time as to this deadline. The stipulation is as follows:

   1.   Plaintiffs have thirty days from June 17, 2025—i.e., until July 17, 2025—to file a Second Amended Complaint. *See* ECF 42.

1  2. The Court's Order on Sage Ridge's Renewed Motion to Dismiss partially granted and partially denied that motion, leaving some of Plaintiff's claims intact. *See id.* Sage Ridge has fourteen days from June 17, 2025—i.e., until July 1, 2025—to answer the allegations concerning the remaining claims. *See* Fed. R. Civ. P. 12(4)(A).

3. Counsel for Plaintiff has represented to counsel for Defendant that a Second Amended Complaint is forthcoming.

4. The parties therefore stipulate and agree that Defendant's deadline to answer the remaining allegations in the First Amended Complaint be extended to fourteen days after July 17, 2025, the deadline for Plaintiff to file a Second Amended Complaint.

5. If Plaintiff files a Second Amended Complaint, Defendant will be required to answer or otherwise respond to that complaint by no later than fourteen days after the date of filing (in any event, no later than fourteen days after July 17, 2025—i.e., July 31, 2025).

6. If Plaintiff chooses not to file a Second Amended Complaint, Defendant will have until fourteen days after July 17, 2025—i.e., until July 31, 2025—to answer the allegations concerning the remaining claims from the First Amended Complaint.

Dated this 30th day of June, 2025.

*/s/ C. Michael Judd*

JOHN A. SNOW, ESQ.
**PARSONS BEHLE & LATIMER**
50 W. Liberty Street, Ste 750
Reno, Nevada 89501
(801) 532-1234

C. MICHAEL JUDD (*Pro Hac Vice*)
ELENA T. VETTER (*Pro Hac Vice*)
**PARSONS BEHLE & LATIMER**
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111

*Attorneys for Defendant*

*/s/ Kendra Jepsen (with permission)*

KENDRA JEPSEN, ESQ.
**JEPSEN LAW, PLLC**
405 Marsh Avenue
Reno, Nevada 89501

JOSEPH S. GILBERT, ESQ.
**JOEY GILBERT LAW**
405 Marsh Avenue
Reno, Nevada 89501
(775) 376-7070

*Attorney for Plaintiffs*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 30, 2025