JOSEPH S. GILBERT, ESQ.
Nevada State Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 284-7700
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
*Co-Counsel for Plaintiffs*

KENDRA J. JEPSEN, Esq.
Nevada State Bar No. 14065
JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, Nevada 89509
(775) 376-7070
Kendra@JepsenLawNV.com
*Co-Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JELANI GARDNER, an individual, JELANI GARDNER as Guardian of minor child J. DOE, on his behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>SAGE RIDGE SCHOOL, a domestic nonprofit corporation, DOES I-XX and ROE entities I-XX.<br><br>Defendants. | Case No.: 3:24-cv-00403<br><br>**ORDER GRANTING STIPULATION EXTEND DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, the parties hereby stipulate to extend the deadline for Plaintiff to file his Second Amended Complaint and for Defendant to answer or otherwise respond to Plaintiff's Second Amended Complaint. This is the first stipulation to extend time as to this deadline. The stipulation is as follows:

1

1. Plaintiff has until July 17, 2025 to file a Second Amended Complaint.

2. The parties are requesting this extension to file a Second Amended Complaint as the parties intend to actively engage in global settlement discussions.

3. The parties therefore stipulate and agree that Plaintiff's deadline to file a Second Amended Complaint shall be extended to August 18, 2025.

4. Defendant's deadline to answer or otherwise respond to Plaintiff's Second Amended Complaint shall be September 1, 2025, fourteen days from the deadline to file the Second Amended Complaint.

5. Should Plaintiff choose not to file a Second Amended Complaint, Defendant will have until fourteen days after August 18, 2025—September 1, 2025—to answer the allegations concerning the remaining claims from the First Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. This stipulation is not designed for purposes of delay, but to allow parties to engage in negotiations in an attempt to resolve the matter in full. The parties agree to the extension to permit Plaintiff time to amend his Complaint and for Defendant to answer Plaintiff's Second Amended Complaint because the parties are actively engaging in global settlement discussions. The undersigned represent that this stipulation is not designed for purposes of delay.

Dated this 17th day of July, 2025.

**PARSONS BEHLE & LATIMER**

_/s/Elena T. Vetter_
JOHN A. SNOW, ESQ.
C. MICHAEL JUDD (*Pro Hac Vice* Admission Pending)
ELENA T. VETTER (*Pro Hac Vice* Admission Pending)
50 W. Liberty Street, Ste 750
Reno, Nevada 89501
(801) 532-1234
*Attorneys for Defendant*

**JOEY GILBERT LAW**

_/s/Joseph S. Gilbert_
JOSEPH S. GILBERT, ESQ.
405 Marsh Avenue
Reno, Nevada 89501
(775) 284-4400
*Attorney for Plaintiffs*

**JEPSEN LAW, PLLC**

_/s/Kendra Jepsen_
KENDRA JEPSEN, ESQ.
405 Marsh Avenue
Reno, Nevada 89501
(775) 376-7070
*Attorney for Plaintiffs*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 18, 2025