JOSEPH S. GILBERT, ESQ.
Nevada State Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 284-7700
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
*Co-Counsel for Plaintiffs*

KENDRA J. JEPSEN, Esq.
Nevada State Bar No. 14065
JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, Nevada 89509
(775) 376-7070
Kendra@JepsenLawNV.com
*Co-Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JELANI GARDNER, an individual, JELANI GARDNER as Guardian of minor child J. DOE, on his behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>SAGE RIDGE SCHOOL, a domestic nonprofit corporation, DOES I-XX and ROE entities I-XX.<br><br>Defendants. | Case No.: 3:24-cv-00403-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, the parties hereby stipulate to extend the deadline for Plaintiff to file his Second Amended Complaint and for Defendant to answer or otherwise respond to Plaintiff's Second Amended Complaint. This is the second request to extend time as to this

deadline, as the parties continue to engage in settlement negotiations to fully resolve all claims. The stipulation is as follows:

    1.    Plaintiff has until August 18, 2025 to file a Second Amended Complaint.

    2.    The parties are requesting this second extension to file a Second Amended Complaint as the parties are actively engaging in global settlement discussions.

    3.    The parties therefore stipulate and agree that Plaintiff's deadline to file a Second Amended Complaint shall be extended to September 17, 2025.

    4.    Defendant's deadline to answer or otherwise respond to Plaintiff's Second Amended Complaint shall be October 1, 2025, fourteen days from the deadline to file the Second Amended Complaint.

    5.    Should Plaintiff choose not to file a Second Amended Complaint, Defendant will have until fourteen days after September 17, 2025—October 1, 2025—to answer the allegations concerning the remaining claims from the First Amended Complaint.

///

///

///

///

///

///

///

///

///

///

6. This stipulation is not designed for purposes of delay, but to allow parties to engage in negotiations in an attempt to resolve the matter in full.

That the parties agree to the extension to permit Plaintiff time to amend his Complaint and for Defendant to answer Plaintiff's Second Amended Complaint because the parties are actively engaging in global settlement discussions. The undersigned represent that this stipulation is not designed for purposes of delay.

Dated this 18th day of August, 2025.

| **PARSONS BEHLE & LATIMER** | **JOEY GILBERT LAW** |
|---|---|
| /s/C. Michael Judd<br>JOHN A. SNOW, ESQ.<br>C. MICHAEL JUDD (*Pro Hac Vice*)<br>ELENA T. VETTER (*Pro Hac Vice*)<br>50 W. Liberty Street, Ste 750<br>Reno, Nevada 89501<br>(801) 532-1234<br>*Attorneys for Defendant* | /s/Joseph S. Gilbert<br>JOSEPH S. GILBERT, ESQ.<br>405 Marsh Avenue<br>Reno, Nevada 89501<br>(775) 284-4400<br>*Attorney for Plaintiffs* |
| | **JEPSEN LAW, PLLC**<br><br>/s/Kendra Jepsen<br>KENDRA JEPSEN, ESQ.<br>405 Marsh Avenue<br>Reno, Nevada 89501<br>(775) 376-7070<br>*Attorney for Plaintiffs* |

No further extensions of time will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

DATED: August 18, 2025

_____
UNITED STATES MAGISTRATE JUDGE

3