**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JELANI GARDNER, an individual, JELANI GARDNER, as guardian of minor child J. Doe, on his behalf,

Plaintiffs,

v.

SAGE RIDGE SCHOOL, a Domestic Non-profit Corporation, DOES I-XX and ROE Entities I-XX,

Defendants.

Case No. 3:24-CV-00403-CLB

**ORDER FOR DEFENDANT TO FILE ANSWER**

The Court previously granted the parties' stipulation to extend the deadline for Plaintiffs Jelani Gardner, in his individual capacity, and Jelani Gardner, on behalf of his minor child (collectively "Plaintiffs"), to file a second amended complaint. (ECF No. 48.) Pursuant to that stipulation, Plaintiffs were to file a second amended complaint by September 17, 2025. (ECF No. 48 at 2.) To date, no second amended complaint has been filed.

**IT IS THEREFORE ORDERED** that Defendant Sage Ridge School shall file an answer to the **FIFTH, SIXTH, NINTH, TENTH, AND ELEVENTH** causes of action, (*see* ECF No. 42 at 25), from Plaintiffs' first amended complaint, (ECF No. 26), by **Friday, October 3, 2025**.

**DATED**: September 19, 2025.

UNITED STATES MAGISTRATE JUDGE