JOSEPH S. GILBERT, ESQ.
Nevada State Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 284-7700
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
*Co-Counsel for Plaintiffs*

KENDRA J. JEPSEN, Esq.
Nevada State Bar No. 14065
JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, Nevada 89509
(775) 376-7070
Kendra@JepsenLawNV.com
*Co-Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JELANI GARDNER, an individual, JELANI GARDNER as Guardian of minor child J. DOE, on his behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>SAGE RIDGE SCHOOL, a domestic nonprofit corporation, DOES I-XX and ROE entities I-XX.<br><br>Defendants. | Case No.: 3:24-cv-00403<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 50] |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant, by and through their counsel of record, respectfully request the Court approve this Stipulation seeking dismissal of this civil action with prejudice, as Parties have resolved the pending action.

The Parties agree no party to this Stipulation shall be deemed to be a prevailing party in this action and that each Party shall bear its own fees, costs and expenses for the claims

dismissed by this Stipulation and Order.

Dated this 25th day of September, 2025.

| | |
|---|---|
| **PARSONS BEHLE & LATIMER** | **JOEY GILBERT LAW** |
| /s/John A. Snow | /s/Joseph S. Gilbert |
| JOHN A. SNOW, ESQ. | JOSEPH S. GILBERT, ESQ. |
| C. MICHAEL JUDD (*Pro Hac Vice*) | 405 Marsh Avenue |
| ELENA T. VETTER (*Pro Hac Vice*) | Reno, Nevada 89501 |
| 50 W. Liberty Street, Ste 750 | (775) 284-4400 |
| Reno, Nevada 89501 | *Attorney for Plaintiffs* |
| (801) 532-1234 | |
| *Attorneys for Defendant* | |
| | **JEPSEN LAW, PLLC** |
| | /s/Kendra Jepsen |
| | KENDRA JEPSEN, ESQ. |
| | 405 Marsh Avenue |
| | Reno, Nevada 89501 |
| | (775) 376-7070 |
| | *Attorney for Plaintiffs* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 25, 2025